UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ADUDU JOHN IGEIN,**

    **Plaintiff,**

v.                                       Case No.  3:25-cv-2599-TKW-ZCB

**AMAZON KINDLE DIRECT PUBLISHING, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because the amended complaint is an impermissible shotgun pleading.  Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice because the amended complaint is an impermissible shotgun pleading.

3. All pending motions are DENIED as moot.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 17th day of February, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**